# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARLON ELVIS GARDNER,<br><br>　　　　　　Defendant. | CR 02-00851-RSWL<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release,

　　　The court finds no condition or combination of conditions that will reasonably assure:

　　　　　A.　(✓) the appearance of defendant as required; and/or
　　　　　B.　(✓) the safety of any person or the community.

　　　　　　　The Court concludes:

　　　　　A.　(✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can abide by conditions of release_

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by conditions of release_

IT IS ORDERED defendant be detained.

DATED: October 16, 2008

_[signature]_
CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE

[2/05]