```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    SCOTT M. GARRINGER (Cal. State Bar No. 193418)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-2417
 7       Facsimile:  (213) 894-3713
         E-Mail: scott.garringer@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 02-851-RSWL |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER DISMISSING PETITION ON PROBATION AND SUPERVISED RELEASE AND REINSTATING ORIGINAL TERMS AND CONDITIONS OF SUPERVISED RELEASE |
| v. | ) | |
| MARLON ELVIS GARDNER, | ) | |
| Defendant. | ) | |

Upon motion being made jointly by the United States Probation Office ("USPO"), and the government, by and through its attorney of record, the United States Attorney for the Central District of California, the COURT hereby ORDERS:

1. The Court GRANTS the government's motion, and the July 28, 2008 Petition on Probation and Supervised Release is DISMISSED with prejudice.

2. The January 20, 2009 hearing on the alleged violations that was previously set by the Court is VACATED.

///

cc: USPO
    USM

3. Defendant Marlon Elvis Gardner shall immediately be released from custody.

4. The Court ORDERS that the original terms and conditions of defendant's term of supervised release be reinstated.

IT IS SO ORDERED. Release Order #D10059, issued.

DATED: 1-12-09

_____
HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
SCOTT M. GARRINGER
Assistant United States Attorney

2